UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,

Plaintiff,

v.

MATTHEW C. ROWLEN, an individual,

Defendant.

No. 2:16-cv-01912-TSZ

**DEFAULT JUDGMENT AND DECREE AGAINST DEFENDANT MATTHEW C. ROWLEN**

Based on the Court's Order of Default against Defendant Matthew C. Rowlen (Dkt. 13), and the Court's review of Plaintiff Philadelphia Indemnity Insurance Company's ("Philadelphia") Motion for Judgment by Default against Defendant Matthew C. Rowlen, docket no. 14, the Declarations of Wendy Clime and of Mario R. Nicholas, and the exhibits thereto, and the Court being otherwise advised in the premises,

IT IS HEREBY ADJUDGED AND DECREED as follows:

1. Defendant Matthew C. Rowlen is ordered to immediately deposit with Philadelphia cash collateral in the amount of One Million Thirty-Seven Thousand Forty and 00/100 Dollars ($1,037,040.00) for Philadelphia's retention or use under Section 4 of the Commercial Surety General Indemnity Agreement dated May 3, 2016;

2. Philadelphia shall have judgment against Defendant Matthew C. Rowlen in the principal sum of Fourteen Thousand Two-Hundred Ninety Three and 32/100

DEFAULT JUDGMENT AND DECREE AGAINST DEFENDANT MATTHEW C. ROWLEN - 1
Case No. 2:16-cv-01912-TSZ

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

Dollars ($14,293.32), together with pre-judgment and post-judgment interest at the statutory rate until paid in full; and

      3.     Philadelphia shall have judgment against Defendant Matthew C. Rowlen for its reasonable attorneys' fees and costs, plus interest thereon according to law, in a sum to be determined in accordance with Fed. R. Civ. P. 54(d).

IT IS HEREBY ADJUDGED AND DECREED this 27th day of March, 2017.

_____
Thomas S. Zilly
United States District Judge

SUBMITTED BY:

*s/ Mario R. Nicholas*
Jan D. Sokol, WSBA #30962
jdsokol@lawssl.com
Mario R. Nicholas, OSB #141663
mnicholas@lawssl.com
Stewart Sokol & Larkin, LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201
*Of Attorneys for Plaintiff Philadelphia Indemnity Insurance Company*

DEFAULT JUDGMENT AND DECREE AGAINST DEFENDANT MATTHEW C. ROWLEN - 2
Case No. 2:16-cv-01912-TSZ

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706