UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>   v.<br><br>MATTHEW C. ROWLEN,<br><br>                Defendant. | C16-1912 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion for attorney's fees, docket no. 18 is GRANTED. Under Washington law, the prevailing party in a contract dispute "shall be" entitled to reasonable attorney's fees and costs, if the contract in dispute specifically provides for the award of fees and costs. *See* RCW 4.84.330; *see also Merrell v. Renier*, 2007 WL 1058726, at *2 (W.D. Wash. Apr. 5, 2007). The term "prevailing party" refers to the party in whose favor final judgment is rendered. RCW 4.84.330. Here, Section 3 of the Commercial General Indemnity Agreement at issue in this lawsuit, Decl. of Wendy Clime, Ex. 2, docket no. 16-2 at 2, specifically requires defendant to indemnify and hold plaintiff harmless for attorney's fees and costs incurred in enforcing the agreement and plaintiff is the prevailing party in this lawsuit in light of the judgment entered in its favor, docket no. 17. The Court finds that the time expended and the amounts charged are reasonable and therefore recoverable. Accordingly, it is hereby ORDERED that attorney's fees in the amount of $3,936.50 shall be awarded to plaintiff.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2